No. 98–653. BELL ATLANTIC CORP. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. 5th Cir. Certiorari de-

1114

nied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.